# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                                CASE NO. 23-cr-20001-DDC/TJJ

**JENNIFER M. SLAUGHTER,**

        Defendant.

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

**INTRODUCTION**

1. Company A ("the company"), the identity of which is known to the United States Attorney, was a business located in Kansas City, Kansas.

2. Defendant Jennifer M. Slaughter was an employee of the company. Slaughter began working with the company in or around August 2004. At all times relevant to this Information, Slaughter was office manager for the company. As office manager and in addition to other duties, Slaughter opened

1

and sorted mail received by the company and was authorized to use company funds to pay credit card statements for charges that had been obtained for company business. Slaughter was not authorized to use company credit cards or funds for her personal expenses.

3. Beginning from in and around August 2017 and continuing until she was terminated from the company in and around January 2021, Slaughter obtained and utilized company credit cards for personal purchases for herself and family members without the consent and knowledge of the company.

4. Slaughter utilized four company credit cards ending in 0467, 5509, 7515, and 5006 for personal items and expenses. For example, Slaughter made personal purchases from Amazon.com, Apple.com, Nail Envy, Victoria's Secret, Oasis Nails, Lane Bryant, Sun Tan City, and Lotus Skin Care among others.

5. Slaughter also used the company credit cards to send money via Venmo, a software application that allow users to send and receive money. Slaughter used Venmo to pay for personal things such as lawn care and to send gifts to friends and family members.

6. Slaughter knew that she did not have Company A's permission to use the company's funds and credit cards for her personal expenses.

# COUNT 1

**Fraud and related activity in connection with access devices**
**[18 U.S.C. § 1029(a)(2)]**

7. Paragraphs 1 through 6 are incorporated and realleged herein.

8. Beginning from on or about December 1, 2017, and continuing until on or about November 30, 2018, in the District of Kansas and elsewhere, the defendant,

**JENNIFER M. SLAUGHTER,**

knowingly and with intent to defraud, used an access device, that is, a credit card with an account ending in 5942, that was obtained with intent to defraud, and by such conduct obtain more than $1,000 in aggregate, said use affecting intestate and foreign commerce.

In violation of Title 18, United States Code, Section 1029(a)(2).


DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ D. Christopher Oakley
D. Christopher Oakley
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email:chris.oakley@usdoj.gov
Ks. S. Ct. No. 19248


IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

### Count 1 [Fraud and related activity in connection with access devices]

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 1029(c)(1)(A)(i).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).